**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Eric** | **Jason** | **Sanchez** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Lorrina** | **Yvette** | **Martinez** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: __**Western**__ District of __**Texas**__

Case number __**25-70123**__

☐ Check if this is an amended filing

# Official Form 106A/B
# Schedule A/B: Property                                   12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

1.1 **3615 W. Shandon Ave**
Street address, if available, or other description

**3615 W Shandon Ave**

**Midland, TX 79707**
City        State        ZIP Code

**Midland**
County

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:
Legal: Acres: 0.306, BLK: 014, LOT: 003, ADDN: WEDGEWOOD PARK, SEC 3, Midland County, Texas.

Source of Value: __**MCAD**__

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $398,280.00

**Current value of the portion you own?** $398,280.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Homestead**

☑ **Check if this is community property**
(see instructions)

If you own or have more than one, list here:

| Debtor | Sanchez, Eric Jason; Martinez, Lorrina Yvette | Case number *(if known)* | 25-70123 |
|---|---|---|---|

**1.2**  **903 W. Industrial Ave, Midland, TX**

Street address, if available, or other description

**903 W. Industrial**

**Midland, TX 79701**

City    State    ZIP Code

**Midland**

County

**What is the property?** Check all that apply.

- [ ] Single-family home
- [ ] Duplex or multi-unit building
- [ ] Condominium or cooperative
- [ ] Manufactured or mobile home
- [x] Land
- [ ] Investment property
- [ ] Timeshare
- [x] Other  **Shop**

**Who has an interest in the property?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**EJ AND J INVESTMENT HOLDINGS LLC. 100% owned by Eric Sanchez.**

Source of Value: **MCAD**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?

**$213,580.00**    **$213,580.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

- [x] Check if this is community property (see instructions)

**1.3**  **701-711 W. Pennsylvania, Midland, TX**

Street address, if available, or other description

**701-711 W. Pennsylvania Ave**

**Midland, TX 79701**

City    State    ZIP Code

**Midland**

County

**What is the property?** Check all that apply.

- [ ] Single-family home
- [ ] Duplex or multi-unit building
- [ ] Condominium or cooperative
- [ ] Manufactured or mobile home
- [x] Land
- [ ] Investment property
- [ ] Timeshare
- [x] Other  **Shop small office**

**Who has an interest in the property?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Acres: 0.129, BLK: 006, LOT: 004 W.40, Acres: 0.193, BLK: 006, LOT: 001; Acres: 0.193, BLK: 006, LOT: 002; Acres: 0.129, BLK: 006, LOT: 003 E.40; Acres: 0.129, BLK: 006, LOT: 003 W.20 & E.20, ADDN: MIDLAND HEIGHTS. EJ AND J INVESTMENT HOLDINGS LLC owned 100% by Debtor.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?

**$371,320.00**    **$371,320.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

- [x] Check if this is community property (see instructions)

**2.**  Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you wish to attach for Part 1. Write that number here ...................................................➡    **$983,180.00**

## Part 2:    Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

**3.**    Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

- [ ] No
- [x] Yes

Debtor __Sanchez, Eric Jason; Martinez, Lorrina Yvette__                                      Case number (if known) __25-70123__

---

3.1 | Make: | **Toyota** | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Model: | **Landcruiser** | ☐ Debtor 1 only<br>☐ Debtor 2 only<br>☑ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another | |
| Year: | **2017** | | **Current value of the entire property?** / **Current value of the portion you own?** |
| Approximate mileage: | _____ | ☑ Check if this is community property (see instructions) | $7,000.00        $7,000.00 |
| Other information: | | | |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☑ No
   ☐ Yes

4.1 | Make: | _____ | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Model: | _____ | ☐ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another | |
| Year: | _____ | | **Current value of the entire property?** / **Current value of the portion you own?** |
| Other information: | | ☐ Check if this is community property (see instructions) | |

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here .................................................................... ➡ | $7,000.00 |

---

**Part 3:**     Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items? | **Current value of the portion you own?** Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**

   *Examples:*  Major appliances, furniture, linens, china, kitchenware

   ☐ No
   ☑ Yes. Describe. .........  | **Household goods and furnishings** | $1,000.00

7. **Electronics**

   *Examples:*  Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ☐ No
   ☑ Yes. Describe. .........  | **Electronics** | $500.00

---

Debtor  **Sanchez, Eric Jason; Martinez, Lorrina Yvette**　　　　　　　　　　Case number *(if known)* __25-70123__

---

8.  **Collectibles of value**

   *Examples:*　Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☑ No

   ☐ Yes. Describe. ........　|　　　　　　　　　　　　　　　|　_____

9.  **Equipment for sports and hobbies**

   *Examples:*　Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☑ No

   ☐ Yes. Describe. ........　|　　　　　　　　　　　　　　　|　_____

10. **Firearms**

   *Examples:*　Pistols, rifles, shotguns, ammunition, and related equipment

   ☑ No

   ☐ Yes. Describe. ........　|　　　　　　　　　　　　　　　|　_____

11. **Clothes**

   *Examples:*　Everyday clothes, furs, leather coats, designer wear, shoes, accessories

   ☐ No

   ☑ Yes. Describe. ........　|　**Clothes**　　　　　　　　|　**$200.00**

12. **Jewelry**

   *Examples:*　Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

   ☐ No

   ☑ Yes. Describe. ........　|　**Jewelry**　　　　　　　　|　**$400.00**

13. **Non-farm animals**

   *Examples:*　Dogs, cats, birds, horses

   ☑ No

   ☐ Yes. Describe. ........　|　　　　　　　　　　　　　　　|　_____

14. **Any other personal and household items you did not already list, including any health aids you did not list**

   ☑ No

   ☐ Yes. Give specific information. .............　|　　　　　　　　　　|　_____

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ..................................................................➤　|　**$2,100.00**

---

| **Part 4:** | Describe Your Financial Assets |

Debtor  **Sanchez, Eric Jason; Martinez, Lorrina Yvette**                    Case number *(if known)* __25-70123__

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**16.  Cash**

*Examples:*  Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No

☐ Yes .................................................................................................................................  Cash: ...................  _____

**17.  Deposits of money**

*Examples:*  Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes ....................        Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | **First Bank and Trust**<br>**Business PowerJet USA owned 100% by Eric Sanchez** | **$1,000.00** |
| 17.2. Checking account: | **First Bank and Trust**<br>**Personal** | **$5,000.00** |
| 17.3. Checking account: | **Frost Bank**<br>**E&V Powerwash and Lube, LLC 100% owned by Debtor** | **$300.00** |
| 17.4. Checking account: | **Wells Fargo** | **unknown** |

**18.  Bonds, mutual funds, or publicly traded stocks**

*Examples:*  Bond funds, investment accounts with brokerage firms, money market accounts

☑ No

☐ Yes ....................        Institution or issuer name:

_____    _____

_____    _____

_____    _____

**19.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No

☐ Yes. Give specific
information about
them....................   Name of entity:                                   % of ownership:

_____   _____   _____

_____   _____   _____

Debtor  **Sanchez, Eric Jason; Martinez, Lorrina Yvette**          Case number *(if known)* __25-70123__

---

20.  **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes. Give specific
   information about
   them....................   Issuer name:

_____          _____

_____          _____

_____          _____

21.  **Retirement or pension accounts**

*Examples:*  Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No

☐ Yes. List each
   account separately.   Type of account:   Institution name:

401(k) or similar plan: _____          _____

Pension plan: _____          _____

IRA: _____          _____

Retirement account: _____          _____

Keogh: _____          _____

Additional account: _____          _____

Additional account: _____          _____

22.  **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:*  Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or
others

☑ No

☐ Yes .....................          Institution name or individual:

Electric: _____          _____

Gas: _____          _____

Heating oil: _____          _____

Security deposit on rental unit: _____          _____

Prepaid rent: _____          _____

Telephone: _____          _____

Water: _____          _____

Rented furniture: _____          _____

Other: _____          _____

---

Debtor  **Sanchez, Eric Jason; Martinez, Lorrina Yvette**            Case number *(if known)* **25-70123**

---

23.  **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes .................... Issuer name and description:

24.  **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes .................... Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25.  **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes. Give specific
information about them. ...

26.  **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:*  Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes. Give specific
information about them. ...

27.  **Licenses, franchises, and other general intangibles**

*Examples:*  Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

☐ Yes. Give specific
information about them. ...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28.  **Tax refunds owed to you**

☑ No

☐ Yes. Give specific information about
them, including whether you
already filed the returns and
the tax years. ...................

Federal:

State:

Local:

---

Official Form 106A/B                          **Schedule A/B: Property**                          page **7**

Debtor  **Sanchez, Eric Jason; Martinez, Lorrina Yvette**                    Case number *(if known)* **25-70123**

---

29. **Family support**

    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

    ☑ No

    ☐ Yes. Give specific information. ........

    |  | |
    |---|---|
    | Alimony: | _____ |
    | Maintenance: | _____ |
    | Support: | _____ |
    | Divorce settlement: | _____ |
    | Property settlement: | _____ |

30. **Other amounts someone owes you**

    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

    ☑ No

    ☐ Yes. Give specific information. ........                                          _____

31. **Interests in insurance policies**

    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ☑ No

    ☐ Yes. Name the insurance company of each policy and list its value. ...

    | Company name: | Beneficiary: | Surrender or refund value: |
    |---|---|---|
    | _____ | _____ | _____ |
    | _____ | _____ | _____ |
    | _____ | _____ | _____ |

32. **Any interest in property that is due you from someone who has died**

    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

    ☑ No

    ☐ Yes. Give specific information. ........                                          _____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ☑ No

    ☐ Yes. Describe each claim. ..............                                          _____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☑ No

    ☐ Yes. Describe each claim. ..............                                          _____

---

Debtor  **Sanchez, Eric Jason; Martinez, Lorrina Yvette**          Case number *(if known)* <u>25-70123</u>

---

35. **Any financial assets you did not already list**

☑ No

☐ Yes. Give specific information. ........

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ........................................................................................................➔ | **$6,300.00**

---

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

37. **Do you own or have any legal or equitable interest in any business-related property?**

☐ No. Go to Part 6.
☑ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☐ No
☑ Yes. Describe. .........

| **ATS Alvarado Transport Services, LLC**<br>**C/O Eric Alvarado**<br>**Owes $700,000**<br><br>**Work by PowerJet USA, LLC** | $10,000.00 |

39. **Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes. Describe. .........

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes. Describe. .........

41. **Inventory**

☑ No
☐ Yes. Describe. .........

---

Official Form 106A/B                          **Schedule A/B: Property**                          page **9**

Debtor  **Sanchez, Eric Jason; Martinez, Lorrina Yvette**    Case number *(if known)* **25-70123**

---

42. **Interests in partnerships or joint ventures**

☑ No

☐ Yes. Describe .......

　　　　　　　Name of entity:　　　　　　　　　　% of ownership:

＿＿＿＿＿＿＿＿＿＿＿＿　＿＿＿＿＿　＿＿＿＿＿

＿＿＿＿＿＿＿＿＿＿＿＿　＿＿＿＿＿　＿＿＿＿＿

43. **Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

　　☐ No

　　☐ Yes. Describe. .........　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

44. **Any business-related property you did not already list**

☑ No

☐ Yes. Give specific
information .........

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿　＿＿＿＿＿

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿　＿＿＿＿＿

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿　＿＿＿＿＿

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿　＿＿＿＿＿

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿　＿＿＿＿＿

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached**
**for Part 5. Write that number here** ..................................................................................................... ➜ | **$10,000.00** |

---

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
**If you own or have an interest in farmland, list it in Part 1.** |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

Debtor  **Sanchez, Eric Jason; Martinez, Lorrina Yvette**          Case number *(if known)* **25-70123**

47. **Farm animals**
    *Examples:* Livestock, poultry, farm-raised fish
    ☑ No
    ☐ Yes .........................

48. **Crops—either growing or harvested**
    ☑ No
    ☐ Yes. Give specific information. ............

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
    ☑ No
    ☐ Yes .........................

50. **Farm and fishing supplies, chemicals, and feed**
    ☑ No
    ☐ Yes .........................

51. **Any farm- and commercial fishing-related property you did not already list**
    ☑ No
    ☐ Yes. Give specific information. ............

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ................................................................ ➔    $0.00

**Part 7:**   Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ☑ No
    ☐ Yes. Give specific information. ............

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...................................... ➔    $0.00

**Part 8:**   List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2** ................................................................ ➔    $983,180.00

56. **Part 2: Total vehicles, line 5**          $7,000.00

57. **Part 3: Total personal and household items, line 15**          $2,100.00

Debtor  **Sanchez, Eric Jason; Martinez, Lorrina Yvette**                    Case number *(if known)* **25-70123**

| | | | |
|---|---|---|---|
| 58. | **Part 4: Total financial assets, line 36** | **$6,300.00** | |
| 59. | **Part 5: Total business-related property, line 45** | **$10,000.00** | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| 61. | **Part 7: Total other property not listed, line 54** + | **$0.00** | |
| 62. | **Total personal property.** Add lines 56 through 61. ............... | **$25,400.00**  Copy personal property total ➡ | + **$25,400.00** |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62. ....................................................................................... | | **$1,008,580.00** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Eric** | **Jason** | **Sanchez** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Lorrina** | **Yvette** | **Martinez** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____**Western**_____ District of _____**Texas**_____

Case number  **25-70123**
(if known)

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt
04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **3615 W. Shandon Ave**  **3615 W Shandon Ave**  **Midland, TX 79707**  Line from *Schedule A/B:* **1.1** | **$398,280.00** | ☑ **$63,150.00**  ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(1)** |

3. **Are you claiming a homestead exemption of more than $214,000?**

   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

| Debtor 1 | Eric | Jason | Sanchez | | Case number *(if known)* | 25-70123 |
|---|---|---|---|---|---|---|
| Debtor 2 | Lorrina | Yvette | Martinez | | | |
| | First Name | Middle Name | Last Name | | | |

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **2017 Toyota Landcruiser**<br><br>Line from *Schedule A/B*: **3.1** | **$7,000.00** | ☑ **$7,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit<br>☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2)**<br><br>**11 U.S.C. § 522(d)(5)** |
| Brief description: **Household goods and furnishings**<br><br>Line from *Schedule A/B*: **6** | **$1,000.00** | ☑ **$700.00**<br>☐ 100% of fair market value, up to any applicable statutory limit<br>☑ **$300.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)**<br><br>**11 U.S.C. § 522(d)(5)** |
| Brief description: **Electronics**<br><br>Line from *Schedule A/B*: **7** | **$500.00** | ☑ **$500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit<br>☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)**<br><br>**11 U.S.C. § 522(d)(5)** |
| Brief description: **Clothes**<br><br>Line from *Schedule A/B*: **11** | **$200.00** | ☑ **$200.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **Jewelry**<br><br>Line from *Schedule A/B*: **12** | **$400.00** | ☑ **$400.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(4)** |

| Debtor 1 | Eric | Jason | Sanchez | | Case number *(if known)* | 25-70123 |
|---|---|---|---|---|---|---|
| Debtor 2 | Lorrina | Yvette | Martinez | | | |
| | First Name | Middle Name | Last Name | | | |

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **First Bank and Trust Business PowerJet USA owned 100% by Eric Sanchez**<br>**Checking account**<br>Line from *Schedule A/B*: **17** | **$1,000.00** | ☑ **$1,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Wells Fargo**<br>**Checking account**<br>Line from *Schedule A/B*: **17** | **unknown** | ☑ **unknown**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **First Bank and Trust Personal**<br>**Checking account**<br>Line from *Schedule A/B*: **17** | **$5,000.00** | ☑ **$2,050.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Frost Bank E&V Powerwash and Lube, LLC 100% owned by Debtor**<br>**Checking account**<br>Line from *Schedule A/B*: **17** | **$300.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND DIVISION**

IN RE:     **Sanchez, Eric Jason**                    CASE NO  **25-70123**

       **Martinez, Lorrina Yvette**          CHAPTER  **7**

## <u>SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)</u>

<u>Exemption Totals by Category:</u>

(Values and liens of surrendered property are NOT included in this section)          Scheme Selected: **Federal**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|---|---|---|---|---|---|---|
| 1. | Real Estate | $983,180.00 | $156,507.00 | $826,673.00 | $63,150.00 | $763,523.00 |
| 3. | Motor vehicle | $7,000.00 | $0.00 | $7,000.00 | $7,000.00 | $0.00 |
| 4. | Watercraft, trailers, motors homes, and accessories | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6. | Household goods and furnishings | $1,000.00 | $0.00 | $1,000.00 | $1,000.00 | $0.00 |
| 7. | Electronics | $500.00 | $0.00 | $500.00 | $500.00 | $0.00 |
| 8. | Collectibles of value | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9. | Equipment for sports and hobbies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10. | Firearms | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11. | Clothes | $200.00 | $0.00 | $200.00 | $200.00 | $0.00 |
| 12. | Jewelry | $400.00 | $0.00 | $400.00 | $400.00 | $0.00 |
| 13. | Nonfarm animals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14. | Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16. | Cash | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17. | Deposits of money | $6,300.00 | $0.00 | $6,300.00 | $3,050.00 | $3,250.00 |
| 18. | Bonds, mutual funds, or publicly traded stocks | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19. | Business Interests, LLC's, Partnerships, Joint Ventures and Nonpublicly traded stock | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20. | Bonds and other financial instruments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21. | Retirement or pension accounts | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22. | Security deposits and prepayments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23. | Annuities | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24. | Interest in a qualified education fund, such as an education IRA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25. | Trusts, equitable or future interests in property | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND DIVISION**

IN RE:    **Sanchez, Eric Jason**        CASE NO   **25-70123**

         **Martinez, Lorrina Yvette**        CHAPTER   **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet #1*

**Exemption Totals by Category:**

(Values and liens of surrendered property are NOT included in this section)      Scheme Selected: **Federal**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|---|---|---|---|---|---|---|
| 26. | Copyrights, trademarks, websites and other intellectual property | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27. | Licenses, Franchises, and other general intangibles | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28. | Tax refunds | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29. | Family support | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30. | Other amounts owed to the debtor | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31. | Insurance policies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32. | Interest in property from deceased | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33. | Claims against third parties | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34. | All other claims, includes contingent/unliquidated claims, counter claims, and creditor set offs | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35. | Other financial asset | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38. | Accounts receivable | $10,000.00 | $0.00 | $10,000.00 | $0.00 | $10,000.00 |
| 39. | Office equipment, furnishings, and supplies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40. | Machinery, fixtures and equipment | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41. | Inventory | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42. | Interests in partnerships or joint ventures | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43. | Customer lists | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44. | Other businessrelated property | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47. | Farm animals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 48. | Crops | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49. | Equipment | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 50. | Supplies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 51. | Other farm or fishing related property | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND DIVISION**

IN RE:     **Sanchez, Eric Jason**                                        CASE NO  **25-70123**

         **Martinez, Lorrina Yvette**                              CHAPTER  **7**

## <u>SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)</u>

*Continuation Sheet #2*

<u>**Exemption Totals by Category:**</u>

(Values and liens of surrendered property are NOT included in this section)                    Scheme Selected: **Federal**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------:|-------------------:|-------------:|--------------------:|------------------------:|
| 53. | Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | **TOTALS:** | **$1,008,580.00** | **$156,507.00** | **$852,073.00** | **$75,300.00** | **$776,773.00** |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND DIVISION**

IN RE:     **Sanchez, Eric Jason**                          CASE NO  **25-70123**

          **Martinez, Lorrina Yvette**                     CHAPTER  **7**

## <u>SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)</u>

*Continuation Sheet #3*

**<u>Surrendered Property:</u>**

The following property is to be surrendered by the debtor. Although this property is NOT exempt, it is NOT considered "non-exempt" for purposes of this analysis. The below listed items are to be returned to the lienholder

| Property Description | Market Value | Lien | Equity |
|---|---|---|---|
| **<u>Real Property</u>** | | | |
| (None) | | | |
| **<u>Personal Property</u>** | | | |
| (None) | | | |
| TOTALS: | $0.00 | $0.00 | $0.00 |

**<u>Non-exempt Property by Item:</u>**

The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|---|---|---|---|---|
| **Real Property** | | | | |
| 3615 W. Shandon Ave<br>3615 W Shandon Ave Midland, TX 79707 | $398,280.00 | $156,507.00 | $241,773.00 | $178,623.00 |
| 903 W. Industrial Ave, Midland, TX<br>903 W. Industrial Midland, TX 79701 | $213,580.00 | $0.00 | $213,580.00 | $213,580.00 |
| 701-711 W. Pennsylvania, Midland, TX<br>701-711 W. Pennsylvania Ave Midland, TX 79701 | $371,320.00 | $0.00 | $371,320.00 | $371,320.00 |
| **Personal Property** | | | | |
| First Bank and Trust Personal<br>Checking account | $5,000.00 | $0.00 | $5,000.00 | $2,950.00 |
| Frost Bank E&V Powerwash and Lube, LLC 100% owned by Debtor<br>Checking account | $300.00 | $0.00 | $300.00 | $300.00 |
| Work by PowerJet USA, LLC | $10,000.00 | $0.00 | $10,000.00 | $10,000.00 |
| TOTALS: | $1,008,580.00 | $156,507.00 | $852,073.00 | $776,773.00 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND DIVISION**

IN RE:        **Sanchez, Eric Jason**                        CASE NO  **25-70123**

              **Martinez, Lorrina Yvette**                   CHAPTER  **7**

### SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet #4*

| Summary | |
|---|---|
| A. Gross Property Value (not including surrendered property) | **$1,008,580.00** |
| B. Gross Property Value of Surrendered Property | **$0.00** |
| C. Total Gross Property Value (A+B) | **$1,008,580.00** |
| D. Gross Amount of Encumbrances (not including surrendered property) | **$156,507.00** |
| E. Gross Amount of Encumbrances on Surrendered Property | **$0.00** |
| F. Total Gross Encumbrances (D+E) | **$156,507.00** |
| G. Total Equity (not including surrendered property) / (A-D) | **$852,073.00** |
| H. Total Equity in surrendered items (B-E) | **$0.00** |
| I. Total Equity (C-F) | **$852,073.00** |
| J. Total Exemptions Claimed (Wild Card Used: $3,350.00, Available: $0.00) | **$75,300.00** |
| K. Total Non-Exempt Property Remaining (G-J) | **$776,773.00** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Eric** | **Jason** | **Sanchez** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Lorrina** | **Yvette** | **Martinez** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____**Western**_____ District of _____**Texas**_____

Case number (if known) _____**25-70123**_____

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1.  **Do any creditors have claims secured by your property?**

    ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

    ☑ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims |
|---|---|

2.  **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim | **Column C** Unsecured portion If any |
|---|---|---|---|---|

**2.1** **Carrington Mortgage Services**
Creditor's Name

| | |
|---|---|
| **1600 South Douglass Road** | Describe the property that secures the claim:  **$156,507.00**   **$398,280.00**   **$0.00** |
| Number    Street | **3615 W. Shandon Ave** |
| | 3615 W Shandon Ave Midland, TX 79707 |
| **Anaheim, CA 92806** | |
| City      State      ZIP Code | **As of the date you file, the claim is:** Check all that apply. |
| | ☐ Contingent |
| **Who owes the debt?** Check one. | ☐ Unliquidated |
| ☑ Debtor 1 only | ☐ Disputed |
| ☐ Debtor 2 only | **Nature of lien.** Check all that apply. |
| ☐ Debtor 1 and Debtor 2 only | ☐ An agreement you made (such as mortgage or secured car loan) |
| ☐ At least one of the debtors and another | ☐ Statutory lien (such as tax lien, mechanic's lien) |
| ☐ **Check if this claim relates to a community debt** | ☐ Judgment lien from a lawsuit |
| | ☐ Other (including a right to offset) _____ |
| **Date debt was incurred**   **9/1/2011** | **Last 4 digits of account number**   **9  1  1  9** |

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$156,507.00** |
|---|---|

| Debtor 1 | **Eric** | **Jason** | **Sanchez** | Case number *(if known)* **25-70123** |
|---|---|---|---|---|
| Debtor 2 | **Lorrina** | **Yvette** | **Martinez** | |
| | First Name | Middle Name | Last Name | |

| Part 1: | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.2**

| | |
|---|---|
| **Wells Fargo Dealer Services** | Describe the property that secures the claim: **$41,754.00** · **$0.00** · **$41,754.00** |
| Creditor's Name | |
| **Attn: Bankruptcy** | |

**1100 Corporate Center Drive**
Number      Street

**Raleigh, NC 27607**
City      State      ZIP Code

As of the date you file, the claim is: Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Who owes the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

❑ An agreement you made (such as mortgage or secured car loan)
❑ Statutory lien (such as tax lien, mechanic's lien)
❑ Judgment lien from a lawsuit
❑ Other (including a right to offset) _____

| Date debt was incurred | **2/1/2022** | Last 4 digits of account number | **9  4  2  3** |
|---|---|---|---|

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$41,754.00** |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$198,261.00** |

Official Form 106D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**

page **2** of **2**

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Eric** | **Jason** | **Sanchez** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Lorrina** | **Yvette** | **Martinez** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____ **Western** _____ District of _____ **Texas** _____

Case number **25-70123**
(if known)

☐ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** **Internal Revenue Service** | Last 4 digits of account number ___ ___ ___ ___ | $30,000.00 | $30,000.00 | $0.00 |
| Priority Creditor's Name | | | | |
| **Department of Treasury** | **When was the debt incurred?** _____ | | | |
| **Po Box 7346** | | | | |
| Number          Street | **As of the date you file, the claim is:** Check all that apply. | | | |
| **Philadelphia, PA 19101-7346** | ☐ Contingent | | | |
| City          State          ZIP Code | ☐ Unliquidated | | | |
| | ☐ Disputed | | | |
| **Who incurred the debt?** Check one. | | | | |
| ☐ Debtor 1 only | **Type of PRIORITY unsecured claim:** | | | |
| ☐ Debtor 2 only | ☐ Domestic support obligations | | | |
| ☑ Debtor 1 and Debtor 2 only | ☑ Taxes and certain other debts you owe the government | | | |
| ☐ At least one of the debtors and another | ☐ Claims for death or personal injury while you were intoxicated | | | |
| ☑ **Check if this claim is for a community debt** | ☐ Other. Specify _____ | | | |
| **Is the claim subject to offset?** | | | | |
| ☑ No | | | | |
| ☐ Yes | | | | |

| Debtor 1 | **Eric** | **Jason** | **Sanchez** | | Case number *(if known)* | **25-70123** |
|---|---|---|---|---|---|---|
| Debtor 2 | **Lorrina** | **Yvette** | **Martinez** | | | |
| | First Name | Middle Name | Last Name | | | |

| Part 1: | **Your PRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

| 2.2 | **Martinez Law Firm** | Last 4 digits of account number | ___ ___ ___ ___ | **$5,214.00** | **$5,214.00** | **$0.00** |

Priority Creditor's Name

**1607 N. Big Spring Street**

Number          Street

**Midland, TX 79707-3537**

City          State          ZIP Code

When was the debt incurred?  _____

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify  **Attorney Fees**

| Debtor 1 | **Eric** | **Jason** | **Sanchez** | Case number *(if known)* <u>**25-70123**</u> |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Debtor 2 | **Lorrina** | **Yvette** | **Martinez** | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2:    List All of Your NONPRIORITY Unsecured Claims

**3.**  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4.**  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | **Total claim** |
|---|---|---|

**4.1**  **Allen Russell**

Nonpriority Creditor's Name

**2777 Allen Parkway**

Number          Street

**Houston, TX 77019**

City                State                    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

Total claim: **unknown**

**4.2**  **American Water Service**

Nonpriority Creditor's Name

**Po Box 116**

Number          Street

**Tarzan, TX 79783-0116**

City                State                    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

Total claim: **$9,232.00**

| Debtor 1 | **Eric** | **Jason** | **Sanchez** | Case number *(if known)* | **25-70123** |
|---|---|---|---|---|---|
| Debtor 2 | **Lorrina** | **Yvette** | **Martinez** | | |
| | First Name | Middle Name | Last Name | | |

**Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                    Total claim

---

**4.3**  **Amex**                                          Last 4 digits of account number    **2   8   2   3**              **$5,640.00**

Nonpriority Creditor's Name

**Correspondence/Bankruptcy**                          When was the debt incurred?          **11/1/2022**

**PO Box 981540**

Number          Street                                 **As of the date you file, the claim is:** Check all that apply.

**El Paso, TX 79998**                                   ☐ Contingent

City                State            ZIP Code         ☐ Unliquidated
                                                        ☐ Disputed
**Who incurred the debt?** Check one.

☑ Debtor 1 only                                        **Type of NONPRIORITY unsecured claim:**
☐ Debtor 2 only                                        ☐ Student loans
☐ Debtor 1 and Debtor 2 only                           ☐ Obligations arising out of a separation agreement or divorce that you did not report as
☐ At least one of the debtors and another                priority claims
☐ **Check if this claim is for a community debt**      ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                        ☑ Other. Specify  **CreditCard**
**Is the claim subject to offset?**

☑ No
☐ Yes

---

**4.4**  **Atmos Energy**                                  Last 4 digits of account number    ___ ___ ___ ___              **$619.00**

Nonpriority Creditor's Name

**P.O. Box 650205**                                     When was the debt incurred?          _____

Number          Street

                                                        **As of the date you file, the claim is:** Check all that apply.
**Dallas, TX 75265-0205**                               ☐ Contingent

City                State            ZIP Code         ☐ Unliquidated
                                                        ☐ Disputed
**Who incurred the debt?** Check one.

☐ Debtor 1 only                                        **Type of NONPRIORITY unsecured claim:**
☐ Debtor 2 only                                        ☐ Student loans
☑ Debtor 1 and Debtor 2 only                           ☐ Obligations arising out of a separation agreement or divorce that you did not report as
☐ At least one of the debtors and another                priority claims
☑ **Check if this claim is for a community debt**      ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                        ☑ Other. Specify  _____
**Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 106E/F                  **Schedule E/F: Creditors Who Have Unsecured Claims**                        page **4** of **25**

| Debtor 1 | **Eric** | **Jason** | **Sanchez** | Case number *(if known)* | **25-70123** |
|---|---|---|---|---|---|

| Debtor 2 | **Lorrina** | **Yvette** | **Martinez** |
|---|---|---|---|

First Name  Middle Name  Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

**4.5** **Attorney General/Child Support Division**
Nonpriority Creditor's Name

**Attn: Bankruptcy/Child Supprt Division**

**PO Box 12017**
Number          Street

**Austin, TX 78711-2017**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** The Joint Debtor is owed the child support.

Last 4 digits of account number    0    7    4    1          $138,798.00

**When was the debt incurred?**          8/18/2024

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **ChildSupport**

**4.6** **BCG Equities**
Nonpriority Creditor's Name

**225 S Executive Dr**
Number          Street

**Brookfield, WI 53005-4257**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___          $388,107.00

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    _____

| Debtor 1 | **Eric** | **Jason** | **Sanchez** | Case number *(if known)* __25-70123__ |
|---|---|---|---|---|
| Debtor 2 | **Lorrina** | **Yvette** | **Martinez** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** | |
|---|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

---

**4.7** **Bison OK**

Nonpriority Creditor's Name

**Po Box 249**

Number          Street

**Oklahoma City, OK 73101-0249**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**  ___ ___ ___ ___

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

**$900,000.00**

---

**4.8** **BMB-SWC Ranches, LLC**

Nonpriority Creditor's Name

**Po Box 116**

Number          Street

**Carlsbad, NM 88221-0116**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**  ___ ___ ___ ___

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

**$2,820.00**

---

| Debtor 1 | **Eric** | **Jason** | **Sanchez** | Case number *(if known)* **25-70123** |
|---|---|---|---|---|
| Debtor 2 | **Lorrina** | **Yvette** | **Martinez** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

**4.9** **Brandon Palmer**

Nonpriority Creditor's Name

**5429 LBJ Freeway 300**

Number        Street

**Dallas, TX 75240**

City        State        ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___        **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

**4.10** **Caine & Weiner**

Nonpriority Creditor's Name

**Po Box 55848**

Number        Street

**Sherman Oaks, CA 91413-0848**

City        State        ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** Great American Financial Services

Last 4 digits of account number ___ ___ ___ ___        **$12,511.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Collection Agency**

| Debtor 1 | **Eric** | **Jason** | **Sanchez** | | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* | **25-70123** |
| Debtor 2 | **Lorrina** | **Yvette** | **Martinez** | | |
| | First Name | Middle Name | Last Name | | |

## Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.11**

**Capital One**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 30285**
Number          Street

**Salt Lake City, UT 84130**
City                State                ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **4   3   5   4**

When was the debt incurred?    **1/14/2015**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **CreditCard**

**$4,228.00**

---

**4.12**

**Cherry Technologies Inc**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**2261 Market Street #4869**
Number          Street

**San Francisco, CA 94114**
City                State                ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **6   7   4   1**

When was the debt incurred?    **6/5/2025**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **InstallmentSalesContract**

**$652.00**

| | | | |
|---|---|---|---|
| Debtor 1 | **Eric** | **Jason** | **Sanchez** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Lorrina** | **Yvette** | **Martinez** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* **25-70123**

**Part 2:** **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

### 4.13 **Cintas Corporation Loc 440**
Nonpriority Creditor's Name

**2029 South Loop 250 West**
Number          Street

**Midland, TX 79703**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

**$201,357.00**

### 4.14 **Citibank**
Nonpriority Creditor's Name

**Citicorp Cr Srvs/Centralized Bankruptcy**

**PO Box 790040**
Number          Street

**St Louis, MO 63179**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  **4   6   4   7**

**When was the debt incurred?**  **1/16/2019**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **CreditCard**

**$19,486.00**

| Debtor 1 | **Eric** | **Jason** | **Sanchez** | Case number *(if known)* **25-70123** |
|---|---|---|---|---|
| Debtor 2 | **Lorrina** | **Yvette** | **Martinez** | |
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

### 4.15 Credence Resource Management, LLC

Nonpriority Creditor's Name

**4222 Trinity Mills Rd Ste 260**

Number          Street

**Dallas, TX 75287-7666**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___          **$835.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

### 4.16 Daniel Callahan

Nonpriority Creditor's Name

**500 N Akard 3700**

Number          Street

**Dallas, TX 75201**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___          **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

| Debtor 1 | **Eric** | **Jason** | **Sanchez** | Case number *(if known)* **25-70123** |
|---|---|---|---|---|
| Debtor 2 | **Lorrina** | **Yvette** | **Martinez** | |
| | First Name | Middle Name | Last Name | |

---

**Part 2:**    **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.      **Total claim**

---

**4.17**    **Fleet One**

Nonpriority Creditor's Name

**Po Box 571811**

Number      Street

**Houston, TX 77257-1811**

City      State      ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____

**$3,154.00**

---

**4.18**    **Graham Water Station**

Nonpriority Creditor's Name

**12609 Fm 307**

Number      Street

**Midland, TX 79706-5607**

City      State      ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

**$1,484.00**

---

| Debtor 1 | **Eric** | **Jason** | **Sanchez** | | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* | **25-70123** |
| Debtor 2 | **Lorrina** | **Yvette** | **Martinez** | | |
| | First Name | Middle Name | Last Name | | |

### Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.19**

**Labcorp**

Nonpriority Creditor's Name

**4505 N Holiday Hill Rd**

Number          Street

_____

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

**$1,116.00**

---

**4.20**

**Mathis Law Firm**

Nonpriority Creditor's Name

**2024-85054 $250,000**

**2402 College Hills Blvd**

Number          Street

**San Angelo, TX 76904-5298**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

**$0.00**

| Debtor 1 | **Eric** | **Jason** | **Sanchez** | Case number *(if known)* **25-70123** |
|---|---|---|---|---|
| Debtor 2 | **Lorrina** | **Yvette** | **Martinez** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

**4.21**

**Meghan P Mackelly**

Nonpriority Creditor's Name

**225 S Executive Dr 201**

Number            Street

**Brookfield, WI 53005**

City                State                ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___            **unknown**

**When was the debt incurred?**            _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

**4.22**

**North Mills Equipment Finance**

Nonpriority Creditor's Name

**9 Executive Cir # 20**

Number            Street

**Irvine, CA 92614-6734**

City                State                ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___            **$300,149.00**

**When was the debt incurred?**            _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

| Debtor 1 | **Eric** | **Jason** | **Sanchez** | | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* | **25-70123** |
| Debtor 2 | **Lorrina** | **Yvette** | **Martinez** | | |
| | First Name | Middle Name | Last Name | | |

## Part 2:     Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                    **Total claim**

---

**4.23**  **Padfield & Stout**

Nonpriority Creditor's Name

**100 Throckmorton St. Suite 700**

Number          Street

**Fort Worth, TX 76102**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   ___ ___ ___ ___          **unknown**

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  _____

---

**4.24**  **PenFed**

Nonpriority Creditor's Name

**Po Box 247009**

Number          Street

**Omaha, NE 68124**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   ___ ___ ___ ___          **$7,086.00**

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  _____

---

| Debtor 1 | **Eric** | **Jason** | **Sanchez** | Case number *(if known)* | **25-70123** |
|---|---|---|---|---|---|
| Debtor 2 | **Lorrina** | **Yvette** | **Martinez** | | |
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

| | | Total claim |
|---|---|---|

**4.25** **Ranch Water Services**

Nonpriority Creditor's Name

**4803 Plaza Blvd 501**

Number        Street

**Odessa, TX 79762**

City        State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___         $20,676.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**4.26** **Sage Equipment**

Nonpriority Creditor's Name

**9830 Bauer Dr**

Number        Street

**Indianapolis, IN 46280**

City        State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___         $63,600.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

| Debtor 1 | **Eric** | **Jason** | **Sanchez** | | Case number *(if known)* __25-70123__ |
|---|---|---|---|---|---|
| Debtor 2 | **Lorrina** | **Yvette** | **Martinez** | | |
| | First Name | Middle Name | Last Name | | |

<table><tr><td style="background:black;color:white">**Part 2:**</td><td>**Your NONPRIORITY Unsecured Claims — Continuation Page**</td></tr></table>

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.          **Total claim**

**4.27**

**Small Business Administration**          Last 4 digits of account number  __ __ __ __          **$1,000,000.00**

Nonpriority Creditor's Name          **When was the debt incurred?**  _____

**1205 Texas Ave, Rm 408**

Number          Street

**As of the date you file, the claim is:** Check all that apply.

**Lubbock, TX 79401**          ☐ Contingent

City          State          ZIP Code          ☐ Unliquidated
                                          ☐ Disputed
**Who incurred the debt?** Check one.

☐ Debtor 1 only          **Type of NONPRIORITY unsecured claim:**
☐ Debtor 2 only          ☐ Student loans
☑ Debtor 1 and Debtor 2 only          ☐ Obligations arising out of a separation agreement or divorce that you did not report as
☐ At least one of the debtors and another              priority claims
☑ **Check if this claim is for a community debt**          ☐ Debts to pension or profit-sharing plans, and other similar debts
                                          ☑ Other. Specify _____
**Is the claim subject to offset?**

☑ No
☐ Yes

**4.28**

**Stuart Lippman**          Last 4 digits of account number  __ __ __ __          **$655,513.00**

Nonpriority Creditor's Name          **When was the debt incurred?**  _____

**5447 E 5th St**

Number          Street

**As of the date you file, the claim is:** Check all that apply.

**Tucson, AZ 85711-2344**          ☐ Contingent

City          State          ZIP Code          ☐ Unliquidated
                                          ☐ Disputed
**Who incurred the debt?** Check one.

☐ Debtor 1 only          **Type of NONPRIORITY unsecured claim:**
☐ Debtor 2 only          ☐ Student loans
☑ Debtor 1 and Debtor 2 only          ☐ Obligations arising out of a separation agreement or divorce that you did not report as
☐ At least one of the debtors and another              priority claims
☑ **Check if this claim is for a community debt**          ☐ Debts to pension or profit-sharing plans, and other similar debts
                                          ☑ Other. Specify **Collection Agency**
**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** Amur Equipment Financing Inc

| Debtor 1 | **Eric** | **Jason** | **Sanchez** | Case number *(if known)* | **25-70123** |
|---|---|---|---|---|---|
| Debtor 2 | **Lorrina** | **Yvette** | **Martinez** | | |
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.29** | **Syncb/Rooms To Go**

Nonpriority Creditor's Name

**FL 32896 Attn: Bankruptcy Orlando,**

**PO Box 965060**

| Number | Street |
|---|---|

| City | State | ZIP Code |

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **8**  **0**  **3**  **8**       **$1,155.00**

When was the debt incurred?        **5/2/2022**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **ChargeAccount**

---

**4.30** | **Syncb/Rooms To Go**

Nonpriority Creditor's Name

**FL 32896 Attn: Bankruptcy Orlando,**

**PO Box 965060**

| Number | Street |
|---|---|

| City | State | ZIP Code |

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **1**  **0**  **5**  **3**       **$824.00**

When was the debt incurred?        **3/1/2025**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **ChargeAccount**

---

| Debtor 1 | **Eric** | **Jason** | **Sanchez** | | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* | **25-70123** |
| Debtor 2 | **Lorrina** | **Yvette** | **Martinez** | | |
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.31** | **Synchrony/PayPal Credit**

Nonpriority Creditor's Name

**FL 32896 Attn: Bankruptcy Orlando,**

**PO Box 965060**

Number          Street

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **5   1   3   7**          **$5,826.00**

When was the debt incurred?          **1/16/2019**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **CreditCard**

---

**4.32** | **Synerprise Consulting Services, Inc**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**5651 Broadmoor St**

Number          Street

**Mission, KS 66202-2407**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **6   9   9   8**          **$1,190.00**

When was the debt incurred?          **10/6/2020**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **MedicalDebt**

---

| Debtor 1 | **Eric** | **Jason** | **Sanchez** | Case number (*if known*) | **25-70123** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Lorrina** | **Yvette** | **Martinez** | | |
| | First Name | Middle Name | Last Name | | |

## Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.33**

**The Mathis Law Firm**
Nonpriority Creditor's Name

**Austin Mathis**

**2402 College Hills Blvd**
Number            Street

**San Angelo, TX 76904**
City                    State                        ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    ___  ___  ___  ___            **unknown**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

**4.34**

**TXU Energy**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**6555 Sierra Dr**
Number            Street

**Irving, TX 75039**
City                    State                        ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **3   1   8   3**            **$267.00**

**When was the debt incurred?**    **6/1/2023**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Agriculture**

| Debtor 1 | **Eric** | **Jason** | **Sanchez** | | Case number *(if known)* | **25-70123** |
|---|---|---|---|---|---|---|
| Debtor 2 | **Lorrina** | **Yvette** | **Martinez** | | | |
| | First Name | Middle Name | Last Name | | | |

## Part 2:  Your NONPRIORITY Unsecured Claims — Continuation Page

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

### 4.35  Velocity Water Solutions

Nonpriority Creditor's Name

**310 S Twin Oaks Valley Rd # 107-473**

Number          Street

**San Marcos, CA 92078-4303**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___          **$3,965.00**

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

### 4.36  Verdent Commercial Capital

Nonpriority Creditor's Name

**Po Box 207202**

Number          Street

**Dallas, TX 75320-7202**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___          **$125,000.00**

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

| | | | |
|---|---|---|---|
| Debtor 1 | **Eric** | **Jason** | **Sanchez** |
| Debtor 2 | **Lorrina** | **Yvette** | **Martinez** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* **25-70123**

## Part 2:  Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

### 4.37  Verizon Wireless
Nonpriority Creditor's Name

**Attn: Bankruptcy Attn: Bankruptcy**

**500 Technology Dr , Ste 599**
Number          Street

**Weldon Springs, MO 63304**
City              State              ZIP Code

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **0  0  0  2**           $412.00

When was the debt incurred?        **1/1/2019**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **UnknownLoanType**

### 4.38  Verizon Wireless
Nonpriority Creditor's Name

**Attn: Bankruptcy Attn: Bankruptcy**

**500 Technology Dr , Ste 599**
Number          Street

**Weldon Springs, MO 63304**
City              State              ZIP Code

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **0  0  0  1**           $232.00

When was the debt incurred?        **1/1/2014**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **UnknownLoanType**

| Debtor 1 | **Eric** | **Jason** | **Sanchez** | Case number *(if known)* | **25-70123** |
|---|---|---|---|---|---|
| Debtor 2 | **Lorrina** | **Yvette** | **Martinez** | | |
| | First Name | Middle Name | Last Name | | |

**Part 2:**     **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

| 4.39 | **William B Doonan** | | Last 4 digits of account number | ___ ___ ___ ___ | **unknown** |

Nonpriority Creditor's Name

**1120 N Big Spring**

Number     Street

When was the debt incurred?     _____

**Midland, TX 79701**

City     State     ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Is the claim subject to offset?**

☑ No
☐ Yes

| 4.40 | **Zions Debt Holdings, Llc** | | Last 4 digits of account number | **8**   **0**   **1**   **4** | **$1,265.00** |

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 878**

Number     Street

When was the debt incurred?     **11/1/2022**

**Spanish Fork, UT 84660**

City     State     ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify     **UnknownLoanType**

**Is the claim subject to offset?**

☑ No
☐ Yes

| Debtor 1 | **Eric** | **Jason** | **Sanchez** | Case number *(if known)* __25-70123__ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Lorrina** | **Yvette** | **Martinez** | |
| | First Name | Middle Name | Last Name | |

## Part 3:    List Others to Be Notified About a Debt That You Already Listed

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2.** For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**1** **Dobberstein Law Firm, LLC**
Name

**225 S Executive Dr # 201**
Number      Street

**Brookfield, WI 53005**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.6** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

**2** **Great American Financial Services**
Name

**625 1st St Se**
Number      Street

**Cedar Rapids, IA 52401-2030**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.10** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

**3** **Taylor, Taylor & Russell**
Name

**2777 Allen Pkwy Ste 1000**
Number      Street

**Houston, TX 77019-2165**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.13** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

**4** **Lynch Chappel & Alsup PC**
Name

**Graham Water Station $1483.30**

**300 N Marienfeld St Ste 700**
Number      Street

**Midland, TX 79701-4322**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.18** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

**5** **Padfield & Stout**
Name

**100 Throckmorton St. Suite 700**
Number      Street

**Fort Worth, TX 76102**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.22** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

**6** **Bobby Bland**
Name

**412 N Texas Ave**
Number      Street

**Odessa, TX 79761-5130**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.25** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

| Debtor 1 | **Eric** | **Jason** | **Sanchez** | Case number *(if known)* **25-70123** |
|---|---|---|---|---|
| Debtor 2 | **Lorrina** | **Yvette** | **Martinez** | |
| | First Name | Middle Name | Last Name | |

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed - Additional Page** |
|---|---|

---

**7** **James & Dunagan PC**
Name

**5429 Lyndon B Johnson Fwy Ste 300**
Number        Street

**Dallas, TX 75240-2645**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.26** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**8** **Andrews Myers PC**
Name

**1885 Saint James Pl Fl 15**
Number        Street

**Houston, TX 77056-4175**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.26** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**9** **SBA LOAN**
Name

**P.O. Box 3918, Portland**
Number        Street

**Portland, OR 97208**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.27** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**10** **Amur Equipment Financing, Inc.**
Name

**1422 Main St**
Number        Street

**Southlake, TX 76092-7625**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.28** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**11** **Kessler Collins PC**
Name

**500 N Akard St Ste 3700**
Number        Street

**Dallas, TX 75201-3350**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.36** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

| Debtor 1 | Eric | Jason | Sanchez | Case number *(if known)* 25-70123 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Lorrina | Yvette | Martinez | |
| | First Name | Middle Name | Last Name | |

**Part 4:  Add the Amounts for Each Type of Unsecured Claim**

6.  **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
Add the amounts for each type of unsecured claim.

|  | | | | Total claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $30,000.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | $5,214.00 |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. | $35,214.00 |

|  | | | | Total claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $3,877,199.00 |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | $3,877,199.00 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Eric** | **Jason** | **Sanchez** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Lorrina** | **Yvette** | **Martinez** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Western** District of **Texas**

Case number **25-70123**
(if known)

☐ Check if this is an amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for** (for example, **rent, vehicle lease, cell phone**). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | **Leasing Finance Partners** <br> Name <br><br> **4825 E Douglas Ave Ste 400** <br> Number          Street <br><br> **Wichita, KS 67218** <br> City                State                ZIP Code | Contract to be ASSUMED. <br> 2022 GMC 1500 <br> 2022 GMC 1500 <br> 2022 Dodge Ram 3500 |
| 2.2 | **Mathis Law Firm** <br> Name <br><br> **2024-85054 $250,000** <br><br> **2402 College Hills Blvd** <br> Number          Street <br><br> **San Angelo, TX 76904-5298** <br> City                State                ZIP Code | Collection suit against Eric Alvarado ATS Alvarado Transport Services <br> Contract to be ASSUMED <br> Legal Services |
| 2.3 | **Esq William Doonan** <br> Name <br><br> **1120 N Big Spring St** <br> Number          Street <br><br> **Midland, TX 79701** <br> City                State                ZIP Code | Divorce Attorney <br> Contract to be ASSUMED |
| 2.4 | <br> Name <br><br><br> Number          Street <br><br><br> City                State                ZIP Code | |

Fill in this information to identify your case:

| | | |
|---|---|---|
| Debtor 1 | **Eric**  **Jason**  **Sanchez** | |
| | First Name  Middle Name  Last Name | |
| Debtor 2 | **Lorrina**  **Yvette**  **Martinez** | |
| (Spouse, if filing) | First Name  Middle Name  Last Name | |

United States Bankruptcy Court for the: **Western** District of **Texas**

Case number **25-70123**
(if known)

☐ Check if this is an amended filing

Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1.** **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☑ No
☐ Yes

**2.** **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

☑ No
☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

_____
Name of your spouse, former spouse, or legal equivalent

_____
Number        Street

_____
City        State        ZIP Code

**3.** **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D*, *Schedule E/F*, or *Schedule G* to fill out Column 2.**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |
| **3.1** Name _____ | ☐ Schedule D, line _____ |
| | ☐ Schedule E/F, line _____ |
| Number  Street _____ | ☐ Schedule G, line _____ |
| City  State  ZIP Code | |
| **3.2** Name _____ | ☐ Schedule D, line _____ |
| | ☐ Schedule E/F, line _____ |
| Number  Street _____ | ☐ Schedule G, line _____ |
| City  State  ZIP Code | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Eric** | **Jason** | **Sanchez** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Lorrina** | **Yvette** | **Martinez** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:          **Western District of Texas**

Case number          **25-70123**
(if known)

☐ Check if this is an
amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

## Part 1:  Summarize Your Assets

| | **Your assets**<br>Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*..................................................... | $983,180.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*........................................... | $25,400.00 |
| 1c. Copy line 63, Total of all property on *Schedule A/B*..................................................... | $1,008,580.00 |

## Part 2:  Summarize Your Liabilities

| | **Your liabilities**<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... | $198,261.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.................................... | $35,214.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................ | + $3,877,199.00 |
| **Your total liabilities** | $4,110,674.00 |

## Part 3:  Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*.......................................................................... | $0.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*.................................................................. | $0.00 |

| Debtor 1 | **Eric** | **Jason** | **Sanchez** | | |
|---|---|---|---|---|---|
| Debtor 2 | **Lorrina** | **Yvette** | **Martinez** | | |
| | First Name | Middle Name | Last Name | Case number *(if known)* | **25-70123** |

---

**Part 4:**  Answer These Questions for Administrative and Statistical Records

---

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

7. **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

_____

9. **Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

| From Part 4 on Schedule E/F, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | _____ |
| 9d. Student loans. (Copy line 6f.) | _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + _____ |
| 9g. **Total**. Add lines 9a through 9f. | _____ |

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Eric** | **Jason** | **Sanchez** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Lorrina** | **Yvette** | **Martinez** |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Western District of Texas** |
| Case number (if known) | **25-70123** | |

☐ Check if this is an amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules       **12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | Sign Below |
|---|---|

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____     Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Eric Jason Sanchez**
Eric Jason Sanchez, Debtor 1

X **/s/ Lorrina Yvette Martinez**
Lorrina Yvette Martinez, Debtor 2

Date **10/20/2025**
MM/ DD/ YYYY

Date **10/20/2025**
MM/ DD/ YYYY

<table>
<tr><td colspan="4" style="background:black;color:white">Fill in this information to identify your case:</td></tr>
<tr><td>Debtor 1</td><td><b>Eric</b></td><td><b>Jason</b></td><td><b>Sanchez</b></td></tr>
<tr><td></td><td>First Name</td><td>Middle Name</td><td>Last Name</td></tr>
<tr><td>Debtor 2<br>(Spouse, if filing)</td><td><b>Lorrina</b></td><td><b>Yvette</b></td><td><b>Martinez</b></td></tr>
<tr><td></td><td>First Name</td><td>Middle Name</td><td>Last Name</td></tr>
</table>

United States Bankruptcy Court for the: **Western District of Texas**

Case number **25-70123**
(if known)

☐ Check if this is an amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy  04/25

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

---

**Part 1:**  Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☑ Married

☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☑ No

☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____ Number  Street | From _____ To _____ | _____ Number  Street | From _____ To _____ |
| _____ City    State  ZIP Code | | _____ City    State  ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____ Number  Street | From _____ To _____ | _____ Number  Street | From _____ To _____ |
| _____ City    State  ZIP Code | | _____ City    State  ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No

☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| | | | |
|---|---|---|---|
| Debtor 1 | **Eric** | **Jason** | **Sanchez** |
| Debtor 2 | **Lorrina** | **Yvette** | **Martinez** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* **25-70123**

**Part 2:** Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | ? | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$0.00** |
| **For last calendar year:**<br>(January 1 to December 31, **2024** )<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | ? | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$0.00** |
| **For the calendar year before that:**<br>(January 1 to December 31, **2023** )<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$187,532.00** | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$0.00** |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

☑ No
☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross Income from each source**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | | | | |
| **For last calendar year:**<br>(January 1 to December 31, **2024** )<br>YYYY | | | | |
| **For the calendar year before that:**<br>(January 1 to December 31, **2023** )<br>YYYY | | | | |

| Debtor 1 | Eric | Jason | Sanchez | |
|---|---|---|---|---|
| Debtor 2 | Lorrina | Yvette | Martinez | |
| | First Name | Middle Name | Last Name | Case number *(if known)* **25-70123** |

---

**Part 3:** List Certain Payments You Made Before You Filed for Bankruptcy

---

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ **No.** Neither Debtor 1 nor Debtor 2 has primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

☐ No. Go to line 7.

☐ Yes.   List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

☑ **Yes.** Debtor 1 or Debtor 2 or both have primarily consumer debts.

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☑ No. Go to line 7.

☐ Yes.   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| Creditor's Name | _____ | _____ | _____ | ☐ Mortgage |
| | | | | ☐ Car |
| Number    Street | _____ | | | ☐ Credit card |
| | | | | ☐ Loan repayment |
| | _____ | | | ☐ Suppliers or vendors |
| City       State    ZIP Code | | | | ☐ Other _____ |

---

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No

☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Insider's Name | _____ | _____ | _____ | |
| Number    Street | _____ | | | |
| | _____ | | | |
| City       State    ZIP Code | | | | |

---

| Debtor 1 | Eric | Jason | Sanchez | |
|---|---|---|---|---|
| Debtor 2 | Lorrina | Yvette | Martinez | Case number *(if known)* __25-70123__ |
| | First Name | Middle Name | Last Name | |

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| _____<br>Insider's Name | _____ | _____ | _____ | |
| _____<br>Number   Street | _____ | | | |
| _____<br>City         State    ZIP Code | _____ | | | |

---

**Part 4:** Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No

☑ Yes. Fill in the details.

| | | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|---|
| Case title<br><br>Case number | **QL Titling Trust LTD v. E&V Power Wash and Eric Sanchez**<br>__CV-2025-00315__ | **Collection** | __Denton County Court at Law No. 2__<br>Court Name<br><br>_____<br>Number     Street<br><br>_____<br>City         State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title<br><br>Case number | **Sage Rental Services, LLC v E&V Power Wash and Eric Sanchez**<br>__2024-85054__ | **Collection** | __281st District Court, Harris County__<br>Court Name<br>__201 Caroline St # 14__<br>Number     Street<br>__Houston, TX 77002-1901__<br>City         State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title<br><br>Case number | **Ranch Water Services v EV Oilfield Services**<br>__DCC-25-01066__ | **Collection. EV Oilfield Services is owned by Eric Sanchez** | __County Court at Law__<br>Court Name<br>__500 N Loraine St 6th Floor__<br>Number     Street<br>__Midland, TX 79701-4745__<br>City         State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor 1 | Eric | Jason | Sanchez | |
|---|---|---|---|---|
| Debtor 2 | Lorrina | Yvette | Martinez | |
| | First Name | Middle Name | Last Name | Case number *(if known)* **25-70123** |

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title **North Mill Equipment Finance v E & V Power Wash and Lube & Eric Sanchez**<br><br>Case number **236-358017-24** | **Collection** | **236th District Court**<br>Court Name<br>**100 Calhoun St # 5**<br>Number   Street<br>**Fort Worth, TX 76102-7201**<br>City          State     ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case title **Cintas Corporation No. 2 v Eric Sanchez & E&V Power Wash & Oilfield Services**<br><br>Case number **DCC-24-00314** | **Collection** | **County Court at Law**<br>Court Name<br>**500 N Loraine St 6th Floor**<br>Number   Street<br>**Midland, TX 79701-4745**<br>City          State     ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case title **BCG Equities, LLC v E&V Power Wash & Eric Sanchez**<br><br>Case number **2024CV001072** | **Collection** | **Circuit Court Waukesha County, WI**<br>Court Name<br>**515 W Moreland Blvd**<br>Number   Street<br>**Waukesha, WI 53188-2428**<br>City          State     ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case title **Verdant Commercial Capital LLC**<br><br>Case number **DCC-25-00928** | **Collection** | **County Court at Law**<br>Court Name<br>**500 N Loraine St 6th Floor**<br>Number   Street<br>**Midland, TX 79701-4745**<br>City          State     ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.

☐ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| Creditor's Name | | | |
| Number   Street | **Explain what happened** | | |
| | ☐ Property was repossessed. | | |
| | ☐ Property was foreclosed. | | |
| City    State   ZIP Code | ☐ Property was garnished. | | |
| | ☐ Property was attached, seized, or levied. | | |

| Debtor 1 | Eric | Jason | Sanchez | |
|---|---|---|---|---|
| Debtor 2 | Lorrina | Yvette | Martinez | Case number *(if known)* __25-70123__ |
| | First Name | Middle Name | Last Name | |

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ | | | |
| Creditor's Name | | | |
| _____ | | | |
| Number     Street | | | |
| _____ | | | |
| City          State    ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

☐ Yes

---

**Part 5:**  List Certain Gifts and Contributions

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____ | | | |
| Person to Whom You Gave the Gift | | | |
| _____ | | | |
| Number     Street | | | |
| _____ | | | |
| City          State    ZIP Code | | | |
| Person's relationship to you  _____ | | | |

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No

☐ Yes. Fill in the details for each gift or contribution.

| Debtor 1 | **Eric** | **Jason** | **Sanchez** | | |
|---|---|---|---|---|---|
| Debtor 2 | **Lorrina** | **Yvette** | **Martinez** | | |
| | First Name | Middle Name | Last Name | Case number *(if known)* | **25-70123** |

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| Charity's Name | | | |
| | | | |
| Number      Street | | | |
| City              State    ZIP Code | | | |

---

## Part 6: List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | | |

---

## Part 7: List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Martinez Law Firm**<br>Person Who Was Paid | **Attorney's Fee** | **10/21/2025** | **$4,786.00** |
| **1607 N. Big Spring Street**<br>Number    Street | | | |
| **Midland, TX 79707-3537**<br>City              State    ZIP Code | | | |
| **alvaro@alvaromartinez.com**<br>Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

---

| Debtor 1 | Eric | Jason | Sanchez | |
|---|---|---|---|---|
| Debtor 2 | Lorrina | Yvette | Martinez | |
| | First Name | Middle Name | Last Name | Case number *(if known)* **25-70123** |

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Abacus** | **25** | | |
| Person Who Was Paid | | **08/12/2025** | **$25.00** |
| | | | |
| Number     Street | | | |
| | | | |
| City          State   ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No

☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| | | | |
| Number     Street | | | |
| | | | |
| City          State   ZIP Code | | | |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☐ No

☑ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Cristina Crosby** | **5104 Greentree Blvd, Midland, TX.** | **Free rent** | |
| Person Who Received Transfer | | | **05/23/2025** |
| **5104 Green Tree Blvd** | | | |
| Number     Street | | | |
| **Midland, TX 79707-1513** | | | |
| City          State   ZIP Code | | | |
| Person's relationship to you | | | |
| **Friend** | | | |

| Debtor 1 | Eric | Jason | Sanchez | |
|---|---|---|---|---|
| Debtor 2 | Lorrina | Yvette | Martinez | Case number *(if known)* __25-70123__ |
| | First Name | Middle Name | Last Name | |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

☑ No

☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | _____ |
| _____ | | |

---

**Part 8:** List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No

☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Name of Financial Institution** | XXXX– ___ ___ ___ ___ | ☐ Checking | _____ | _____ |
| | | ☐ Savings | | |
| **Number Street** | | ☐ Money market | | |
| | | ☐ Brokerage | | |
| **City State ZIP Code** | | ☐ Other _____ | | |

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No

☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Name of Financial Institution** | **Name** | | ☐ No |
| | | | ☐ Yes |
| **Number Street** | **Number Street** | | |
| **City State ZIP Code** | **City State ZIP Code** | | |

| | | |
|---|---|---|
| Debtor 1 | **Eric** | **Jason** | **Sanchez** |
| Debtor 2 | **Lorrina** | **Yvette** | **Martinez** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* **25-70123**

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No

☐ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | ☐ No |
| | | | ☐ Yes |
| Name of Storage Facility | Name | | |
| Number     Street | Number     Street | | |
| | City          State     ZIP Code | | |
| City          State     ZIP Code | | | |

---

**Part 9:** Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No

☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Owner's Name | Number     Street | | |
| Number     Street | | | |
| | City          State     ZIP Code | | |
| City          State     ZIP Code | | | |

---

**Part 10:** Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Fill in the details.

| Debtor 1 | Eric | Jason | Sanchez | |
|---|---|---|---|---|
| Debtor 2 | Lorrina | Yvette | Martinez | |
| | First Name | Middle Name | Last Name | Case number *(if known)* __25-70123__ |

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| **Name of site** | **Governmental unit** | | |
| **Number    Street** | **Number    Street** | | |
| **City          State     ZIP Code** | **City          State     ZIP Code** | | |

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| **Name of site** | **Governmental unit** | | |
| **Number    Street** | **Number    Street** | | |
| **City          State     ZIP Code** | **City          State     ZIP Code** | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| **Case title** | **Court Name** | | ☐ Pending |
| | | | ☐ On appeal |
| | **Number    Street** | | ☐ Concluded |
| **Case number** | **City          State     ZIP Code** | | |

| Debtor 1 | **Eric** | **Jason** | **Sanchez** | |
| Debtor 2 | **Lorrina** | **Yvette** | **Martinez** | Case number *(if known)* **25-70123** |
| | First Name | Middle Name | Last Name | |

| **Part 11:** | Give Details About Your Business or Connections to Any Business |
|---|---|

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

❏ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

❏ A member of a limited liability company (LLC) or limited liability partnership (LLP)

❏ A partner in a partnership

❏ An officer, director, or managing executive of a corporation

❏ An owner of at least 5% of the voting or equity securities of a corporation

❏ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| **E & V Power Wash and Lube LLC** | Describe the nature of the business | Employer Identification number |
|---|---|---|
| Name | | Do not include Social Security number or ITIN. |
| | | EIN: <u>4</u> <u>6</u> – <u>5</u> <u>0</u> <u>0</u> <u>6</u> <u>9</u> <u>2</u> <u>2</u> |
| **5104 Green Tree Blvd** | Name of accountant or bookkeeper | Dates business existed |
| Number     Street | | |
| | | From _____ To <u>February 23, 2024</u> |
| **Midland, TX 79707-1513** | | |
| City          State    ZIP Code | | |

| **Powerjet USA LLC** | Describe the nature of the business | Employer Identification number |
|---|---|---|
| Name | **Power Wash Oilfield** | Do not include Social Security number or ITIN. |
| | | EIN: <u>8</u> <u>8</u> – <u>2</u> <u>2</u> <u>8</u> <u>0</u> <u>3</u> <u>3</u> <u>8</u> |
| **5104 Green Tree Blvd** | Name of accountant or bookkeeper | Dates business existed |
| Number     Street | | |
| | | From <u>May 3, 2022</u> To _____ |
| **Midland, TX 79707** | | |
| City          State    ZIP Code | | |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No

❏ Yes. Fill in the details below.

| | Date issued |
|---|---|
| _____ | _____ |
| Name | MM / DD / YYYY |
| _____ | |
| Number     Street | |
| _____ | |
| City          State    ZIP Code | |

| Debtor 1 | **Eric** | **Jason** | **Sanchez** | Case number *(if known)* **25-70123** |
|---|---|---|---|---|
| Debtor 2 | **Lorrina** | **Yvette** | **Martinez** | |
| | First Name | Middle Name | Last Name | |

## Part 12:  Sign Below

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**X** **/s/ Eric Jason Sanchez**                    **X** **/s/ Lorrina Yvette Martinez**

Signature of Eric Jason Sanchez, Debtor 1               Signature of Lorrina Yvette Martinez, Debtor 2

Date **10/20/2025**                                    Date **10/20/2025**

**Did you attach additional pages to your *Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____          Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

<table>
<tr><td colspan="4"><strong>Fill in this information to identify your case:</strong></td></tr>
<tr><td>Debtor 1</td><td><strong>Eric</strong></td><td><strong>Jason</strong></td><td><strong>Sanchez</strong></td></tr>
<tr><td></td><td>First Name</td><td>Middle Name</td><td>Last Name</td></tr>
<tr><td>Debtor 2<br>(Spouse, if filing)</td><td><strong>Lorrina</strong></td><td><strong>Yvette</strong></td><td><strong>Martinez</strong></td></tr>
<tr><td></td><td>First Name</td><td>Middle Name</td><td>Last Name</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:</td><td colspan="2"><strong>Western District of Texas</strong></td></tr>
<tr><td>Case number<br>(if known)</td><td colspan="3"><strong>25-70123</strong></td></tr>
</table>

☐ Check if this is an amended filing

# Official Form 108

## Statement of Intention for Individuals Filing Under Chapter 7                    **12/15**

**If you are an individual filing under chapter 7, you must fill out this form if:**
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

**Part 1:**  List Your Creditors Who Have Secured Claims

1.  **For any creditors that you listed in Part 1 of** *Schedule D: Creditors Who Have Claims Secured by Property* **(Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Carrington Mortgage Services**<br><br>Description of property securing debt: **3615 W. Shandon Ave**<br>**3615 W Shandon Ave Midland, TX 79707** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☑ Retain the property and [explain]:<br>**Continuing paying** | ☐ No<br>☑ Yes |
| Creditor's name: **Wells Fargo Dealer Services**<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☑ No<br>☐ Yes |

| Debtor 1 | **Eric** | **Jason** | **Sanchez** | | |
|---|---|---|---|---|---|
| Debtor 2 | **Lorrina** | **Yvette** | **Martinez** | Case number *(if known)* | **25-70123** |
| | First Name | Middle Name | Last Name | | |

## Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | | Will the lease be assumed? |
|---|---|---|
| Lessor's name: | Leasing Finance Partners | ☐ No  ☑ Yes |
| Description of leased property: | Contract to be ASSUMED. 2022 GMC 1500 2022 GMC 1500 2022 Dodge Ram 3500 | |
| Lessor's name: | William Doonan, Esq | ☐ No  ☑ Yes |
| Description of leased property: | Divorce Attorney Contract to be ASSUMED | |
| Lessor's name: | Mathis Law Firm | ☐ No  ☑ Yes |
| Description of leased property: | Collection suit against Eric Alvarado ATS Alvarado Transport Services Contract to be ASSUMED Legal Services | |
| Lessor's name: | | ☐ No  ☐ Yes |
| Description of leased property: | | |
| Lessor's name: | | ☐ No  ☐ Yes |
| Description of leased property: | | |
| Lessor's name: | | ☐ No  ☐ Yes |
| Description of leased property: | | |
| Lessor's name: | | ☐ No  ☐ Yes |
| Description of leased property: | | |

## Part 3: Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

**X** /s/ Eric Jason Sanchez

Signature of Debtor 1

**X** /s/ Lorrina Yvette Martinez

Signature of Debtor 2

Date **10/20/2025**
   MM/ DD/ YYYY

Date **10/20/2025**
   MM/ DD/ YYYY